# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF RUFINO PAREDES, TAURINA MARQUEZ, an individual; JASMINE OSORIO, an individual; D.P., a minor, by and through her Parent and Guardian ad Litem Jasmine Osorio; D.P., a minor, by and through his Parent and Guardian ad Litem Jasmine Osorio; K.P., a minor, by and through her Parent and Guardian ad Litem Jennifer Nunez; H.P., a minor, by and through her Parent and Guardian ad Litem Jennifer Nunez; and D.P., a minor, by and through his Parent and Guardian ad Litem Azenet Avina,<br><br>    Plaintiffs,<br><br>v.<br><br>THE COUNTY OF LOS ANGELES, a municipal corporation; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; ALEX VILLANUEVA, individually and in his Official Capacity as Sheriff of Los Angeles County; SHAWN P. MERRICK, an individual; VINCENT RODRIGUEZ, an individual; TIFFANY CROWDER-MILLER, an individual; JAMES MacDONALD, individually and in his Official Capacity as Sheriff of Los Angeles County,<br><br>    Defendants. | **Case No.: CV 21-2644-GW-JCx**<br><br>**AMENDED ORDER APPROVING MINOR'S COMPROMISE AND SETTLEMENT**<br><br>Judge: Hon. George Wu<br><br>Complaint Filed: January 16, 2020<br><br>Action Removed: March 26, 2021 |

# AMENDED ORDER APPROVING PETITION FOR COMPROMISE AND APPROVING SETTLEMENT

THE COURT FINDS that:

Petitioners, mothers and Guardians *Ad Litem* for the minor plaintiffs, which include Jasmine Osorio, mother and guardian *ad litem* for the minor plaintiffs D.P. #1, D.P. #2, Jennifer Nunez, mother and guardian *ad litem* for the minor plaintiffs K.P. and H.P., and Azenet Avina, mother and guardian *ad litem* for the minor plaintiff D.P. #3, have petitioned the Court for approval of a proposed compromise and settlement in an action against the COUNTY OF LOS ANGELES.

On or about March 26, 2021, Plaintiffs the ESTATE OF RUFINO PAREDES; TAURINA MARQUEZ; D.P. #1, and D.P. #2, BY AND THROUGH THEIR GUARDIAN AD LITEM, JASMINE OSORIO; K.P. and H.P., BY AND THROUGH THEIR GUARDIAN AD LITEM, JENNIFER NUNEZ; and D.P. #3, BY AND THROUGH HIS GUARDIAN AD LITEM, AZENET AVINA filed an action against Defendants in Federal Court in the Central District of California.

The details of the action and the damages alleged by Plaintiffs ESTATE OF RUFINO PAREDES; TAURINA MARQUEZ; D.P. #1, and D.P. #2, BY AND THROUGH THEIR GUARDIAN AD LITEM, JASMINE OSORIO; K.P. and H.P., BY AND THROUGH THEIR GUARDIAN AD LITEM, JENNIFER NUNEZ; and D.P. #3, BY AND THROUGH HIS GUARDIAN AD LITEM, AZENET AVINA are set forth in the accompanying PETITION TO APPROVE COMPROMISE AND SETTLEMENT.

The claim or action to be compromised is asserted against COUNTY OF LOS ANGELES. The Court finds that all notices required by law have been given.

The Petition is **GRANTED** and the proposed compromise of the pending action is approved on the terms as set forth herein.

The Court approves the $1,900,000.00 settlement.

1   The value of the settlement in favor of Plaintiff D.P #1 minor, by and through
2   his Guardian Ad *Litem* is $316,666.67, Plaintiff D.P #2 minor, by and through his
3   Guardian Ad *Litem* is $316,666.67, Plaintiff K.P minor, by and through her
4   Guardian Ad *Litem* is $316,666.67, Plaintiff H.P minor, by and through his Guardian
5   Ad *Litem* is $316,666.67, and Plaintiff D.P #3 minor, by and through his Guardian
6   Ad *Litem* is $316,666.67.

The Court reduces the requested percentage of attorney's fees and fixes the amount of attorneys' fees for each minor at 33% of the value of each minor's claim. The 40% attorney's fees provision is appliable to settling adult defendants.

The Court approves the costs of litigation as set forth in the supporting declarations of Stewart J. Powell and Luis A. Carrillo.

After deducting attorney's fees (at 33% per claim) and costs of suit, the balance of the settlement available for D.P #1 is $210,687.17; for D.P #2 is $210,687.17; for K.P is $210,687.17; for H.P is $210,687.17; and for D.P #3 is $206,641.01.

The amount of $210,687.17 shall be used to fund a guaranteed structured settlement annuity that will make scheduled payments directly to Plaintiff D.P #1 as described in the Terms and Conditions of the Annuity for the minor plaintiff D.P. #1.

The amount of $210,687.17 shall be used to fund a guaranteed structured settlement annuity that will make scheduled payments directly to Plaintiff D.P #2 as described in the Terms and Conditions of the Annuity for minor plaintiff D.P. #2.

The amount of $210,687.17 shall be used to fund a guaranteed structured settlement annuity that will make scheduled payments directly to Plaintiff K.P as described in the Terms and Conditions of the Annuity for minor plaintiff K.P.

The amount of $210,687.17 shall be used to fund a guaranteed structured settlement annuity that will make scheduled payments directly to Plaintiff H.P as described in the Terms and Conditions of the Annuity for minor plaintiff H.P.

The amount of $206,641.01 shall be used to fund a guaranteed structured settlement annuity that will make scheduled payments directly to Plaintiff D.P #3 as described in the Terms and Conditions of the Annuity for minor plaintiff D.P. #3.

Dated:  August 12, 2022

_____
HON. GEORGE H. WU.
U.S. District Judge